UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID C. BAKER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>　　　Defendant. | NO. CV-06-051-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On July 31, 2007, the parties filed a Joint Notice of Voluntary Dismissal with Prejudice (Ct. Rec. 19). The parties stipulate to a voluntary dismissal of the above-captioned case with prejudice.

Accordingly, **IT IS HEREBY ORDERED**

1. The above-captioned case is **DISMISSED**, with prejudice and without costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 6th day of August, 2007.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court

Q:\CIVIL\2006\Baker\dismiss.wpd

**ORDER DISMISSING COMPLAINT ~ 1**